# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D23-1094
LT Case No. 2020-CF-3636-A

_____

MICHAEL LONDON PRATT, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Matthew J. Metz, Public Defender, Edward J. Weiss, Assistant
Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Robert Charles Lee, Assistant
Attorney General, Tallahassee, for Appellee.

October 31, 2023

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., LAMBERT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____